# Keurig Dr Pepper Inc.
## SEC CIK #0001418135

SEC.report (https://sec.report) › / CIK (https://sec.report/CIK) › / Keurig Dr Pepper Inc. (https://sec.report/CIK/0001418135)

**Keurig Dr Pepper Inc.** is regulated by the U.S. Security and Exchange Commission and incorporated in the state of Delaware. Keurig Dr Pepper Inc is primarely in the business of beverages. For financial reporting, their fiscal year ends on December 31st. This page includes all SEC registration details as well as a list of all documents (S-1, Prospectus, Current Reports, 8-K, 10K, Annual Reports) filed by Keurig Dr Pepper Inc..

Keurig Dr Pepper, the product of a 2018 merger between Dr Pepper Snapple and Keurig Green Mountain, is the third- largest nonalcoholic beverage company in North America. In addition to the eponyms, the firm's flagship brands include 7UP, Canada Dry, Schweppes, Mott's, and Bai. In terms of the value chain, the company situates itself at different positions depending on the segment (it reports four operating segments) and the product. It is primarily a brand owner in its beverage concentrates and Latin America beverages segments, as well as for the single-serve brewing machines within its coffee systems segment, and owns integrated production and distribution operations in its packaged beverages segment as well as for its K-cup pods.

### Company Details

| | |
|---|---|
| Reporting File Number | 001-33829 |
| State of Incorporation | DELAWARE |
| Fiscal Year End | 12-31 |
| Date of Edgar Filing Update | 2019-11-07 |
| SIC | 2080 [BEVERAGES] |
| Business Address | 53 SOUTH AVENUE<br>BURLINGTON MA 01803 |
| Business Phone | 781-418-7000 |
| Mailing Address | 53 SOUTH AVENUE<br>BURLINGTON<br>MA<br>01803 |
| LEI | DYTQ8KRTKO7Y2BVU5K74 (https://lei.report/LEI/DYTQKEURIG DR PEPPER INC. 8KRTKO7Y2BVU5K74) |

| | |
|---|---|
| 10-Q Quarterly Report (/Document/0001418135-21-000018) | [latest filing - 2021-07-29 00:00:00] |
| Annual Report (/Document/0001418135-21-000005) | [latest filing - 2021-02-25 14:32:58] |
| Insider Trading Report (/CIK/0001418135/Insider-Trades) | |

### −Documents

Email Notifications     (/CIK/0001418135.rss)

| Form | Title | Date |
|---|---|---|
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-049607/) | 2021-08-04 16:12:26 |
| SC 13D/A | Acquisition Statement [Amended] (/Document/0001104659-21-100072/) | 2021-08-04 00:00:00 |
| 8-K | Current Report (/Document/0001418135-21-000017/) | 2021-07-29 00:00:00 |



**EXHIBIT 2**

| Form | Description | Date |
|---|---|---|
| 10-Q | Quarterly Report (/Document/0001418135-21-000018/) | 2021-07-29 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-046020/) | 2021-07-08 00:00:00 |
| 8-K | Current Report (/Document/0001418135-21-000016/) | 2021-06-22 00:00:00 |
| SC 13D/A | Acquisition Statement [Amended] (/Document/0001104659-21-079476/) | 2021-06-10 00:00:00 |
| 8-K | Current Report (/Document/0001193125-21-187820/) | 2021-06-10 00:00:00 |
| DEFA14A | Proxy Soliciting Materials (/Document/0001193125-21-187832/) | 2021-06-10 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-039253/) | 2021-06-09 17:59:42 |
| 424B7 | Prospectus [Rule 424(b)(7)] (/Document/0001193125-21-186709/) | 2021-06-09 00:00:00 |
| 424B7 | Prospectus [Rule 424(b)(7)] (/Document/0001193125-21-184523/) | 2021-06-07 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-036532/) | 2021-05-28 00:00:00 |
| SD | Specialized Disclosure Report (/Document/0001418135-21-000014/) | 2021-05-28 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-035969/) | 2021-05-26 00:00:00 |
| 8-K | Current Report (/Document/0001418135-21-000012/) | 2021-05-25 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-034976/) | 2021-05-21 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-031003/) | 2021-05-07 00:00:00 |
| 3 | Security Ownership Statement (/Document/0001209191-21-030356/) | 2021-05-05 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-030358/) | 2021-05-05 00:00:00 |
| DEF 14A | Definitive Proxy Statement (/Document/0001193125-21-145244/) | 2021-04-30 00:00:00 |
| DEFA14A | Proxy Soliciting Materials (/Document/0001193125-21-145274/) | 2021-04-30 00:00:00 |
| 8-K | Current Report (/Document/0001418135-21-000009/) | 2021-04-29 00:00:00 |
| 10-Q | Quarterly Report (/Document/0001418135-21-000011/) | 2021-04-29 00:00:00 |
| 8-K | Current Report (/Document/0001418135-21-000008/) | 2021-03-26 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-021442/) | 2021-03-17 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-021444/) | 2021-03-17 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-021445/) | 2021-03-17 00:00:00 |
| 3 | Security Ownership Statement (/Document/0001209191-21-021446/) | 2021-03-17 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-021447/) | 2021-03-17 00:00:00 |
| 8-K | Current Report (/Document/0001193125-21-081448/) | 2021-03-15 00:00:00 |
| 8-K | Current Report (/Document/0001418135-21-000006/) | 2021-03-09 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001104659-21-032933/) | 2021-03-08 06:23:23 |
| 4 | Security Sale/Purchase Record (/Document/0001104659-21-032936/) | 2021-03-08 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-018238/) | 2021-03-05 16:37:35 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-018204/) | 2021-03-05 16:25:52 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-018197/) | 2021-03-05 16:23:27 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-018196/) | 2021-03-05 16:22:38 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-018189/) | 2021-03-05 16:19:02 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-018187/) | 2021-03-05 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-018191/) | 2021-03-05 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-018193/) | 2021-03-05 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-018194/) | 2021-03-05 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-018199/) | 2021-03-05 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-018203/) | 2021-03-05 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-018215/) | 2021-03-05 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-018218/) | 2021-03-05 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-018219/) | 2021-03-05 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-018223/) | 2021-03-05 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-018225/) | 2021-03-05 00:00:00 |

[ 2 ] Next-> (/CIK/0001418135/2#documents)

0-50 of 1433 Results

Page: 1 | 2 (/CIK/0001418135/2#documents) | 3 (/CIK/0001418135/3#documents) | 4 (/CIK/0001418135/4#documents) | 5 (/CIK/0001418135/5#documents) | 6

https://sec.report/CIK/0001418135    2/5

**EXHIBIT 2**

(/CIK/0001418135/6#documents) | 7 (/CIK/0001418135/7#documents) | 8 (/CIK/0001418135/8#documents) | 9 (/CIK/0001418135/9#documents) | 10 (/CIK/0001418135/10#documents) | 11 (/CIK/0001418135/11#documents) | 12 (/CIK/0001418135/12#documents) | 13 (/CIK/0001418135/13#documents) | 14 (/CIK/0001418135/14#documents) | 15 (/CIK/0001418135/15#documents) | 16 (/CIK/0001418135/16#documents) | 17 (/CIK/0001418135/17#documents) | 18 (/CIK/0001418135/18#documents) | 19 (/CIK/0001418135/19#documents) | 20 (/CIK/0001418135/20#documents) | 21 (/CIK/0001418135/21#documents) | 22 (/CIK/0001418135/22#documents) | 23 (/CIK/0001418135/23#documents) | 24 (/CIK/0001418135/24#documents) | 25 (/CIK/0001418135/25#documents) | 26 (/CIK/0001418135/26#documents) | 27 (/CIK/0001418135/27#documents) | 28 (/CIK/0001418135/28#documents) | 29 (/CIK/0001418135/29#documents) |

## Company Details

| | |
|---|---|
| Ticker | XNYS:KDP (/Ticker/KDP) |
| Market Cap | 40.0Bil |
| Net Income | 1.2Bil |
| Sales | 11.2Bil |
| Sector | Consumer Defensive |
| Industry | Beverages - Non-Alcoholic |
| Stock Style | Large Core |
| Direct Investment | Yes |
| Dividend Re-Investment | Yes |

## Investor Relations

| | |
|---|---|
| Telephone | +1 802 244-5621 |
| Fax | — |
| E-Mail | tyson.seely@kdrp.com |
| Website | www.keurigdrpepper.com (https://www.keurigdrpepper.com) [domain rank & analysis (https://domain.glass/www.keurigdrpepper.com)] |

## Industry Codes

| | |
|---|---|
| ISIC | 1104: Manufacture of Soft Drinks; Production of Mineral Waters and Other Bottled Waters |
| SIC | 1111: Soft Drink Industry Bottled and Canned Soft Drinks and Carbonated Waters 2086 |
| NAICS | 312111: Soft Drink Manufacturing |

## Insiders

| Name | Title | Date |
|---|---|---|
| James R. Trebilcock (/CIK/Search/James+R.+Trebilcock) | Chief Concentrate and International Officer | 2020-07-01 |
| James L. Baldwin (/CIK/Search/James+L.+Baldwin) | Chief Legal Officer, General Counsel and Secretary | 2020-07-01 |
| Angela A. Stephens (/CIK/Search/Angela+A.+Stephens) | Senior Vice President and Controller | 2020-07-01 |
| Robert J. Gamgort (/CIK/Search/Robert+J.+Gamgort) | Executive Chairman of the Board, President and Chief Executive Officer | 2020-07-01 |
| Mary Beth Denooyer (/CIK/Search/Mary+Beth+Denooyer) | Chief Human Resources Officer | 2020-07-01 |
| Maria Sceppaguercio (/CIK/Search/Maria+Sceppaguercio) | Chief Corporate Affairs Officer | 2020-07-01 |
| Margaret M. Newman (/CIK/Search/Margaret+M.+Newman) | Chief Human Resources Officer | 2019-12-18 |
| Fernando Cortes (/CIK/Search/Fernando+Cortes) | Chief Supply Chain Officer | 2020-07-01 |
| Ozan Dokmecioglu (/CIK/Search/Ozan+Dokmecioglu) | Chief Financial Officer | 2020-07-01 |
| Herbert Derek Hopkins (/CIK/Search/Herbert+Derek+Hopkins) | Chief Commercial Officer | 2020-07-01 |

**EXHIBIT 2**

| | | |
|---|---|---|
| Brian Andrew Loucks (/CIK/Search/Brian+Andrew+Loucks) | President, Keurig Appliances | 2020-07-01 |
| Mauricio Leyva Arboleda (/CIK/Search/Mauricio+Leyva+Arboleda) | President, International & Business Development | 2020-07-01 |

## Company Names & Stock Symbols

| | |
|---|---|
| Lubomira Rochet | KDP |
| YOUNG LARRY D | KDP |
| Whitmore Justin | KDP |
| Van de Put Dirk | KDP |
| Tan Justine | KDP |
| Stephens Angela A. | KDP |
| Singer Robert S | KDP |
| Sceppaguercio-Gever Maria A. | KDP |
| Sandler Debra A. | KDP |
| Pleuhs Gerhard W. | KDP |
| PATSLEY PAMELA H | KDP |
| Mondelez International, Inc. | KDP |
| Michaels Paul S. | KDP |
| Lucresca SE | KDP |
| Keurig Dr Pepper Inc | KDP |
| JAB Forest B.V. | KDP |
| Hovde Genevieve | KDP |
| Hopkins Herbert Derek | KDP |
| Hickman Juliette | KDP |
| HARF PETER | KDP |
| Goudet Olivier | KDP |
| Gamgort Robert James | KDP |
| DR PEPPER SNAPPLE GROUP, INC. | KDP DPS |
| Dokmecioglu Ozan | KDP |
| DeNooyer Mary Beth | KDP |
| CSAB INC. | KDP |
| Cortes Fernando | KDP |
| Baldwin James L. JR | KDP |
| Arboleda Mauricio Leyva | KDP |

## Where To Trade KDP / DPS

| Market / Outlet | Security | Exchange | Symbol | Type |
|---|---|---|---|---|
| (https://join.robinhood.com/luker30) | Keurig Dr Pepper / Keurig Dr Pepper Inc. Common Stock | US XNAS | KDP | EQ0000000004656351<br>Tradable: ✓<br>RHS: ✓<br>Fractional Shares: ✓<br>Listed: 2008-05-07 |
| charles SCHWAB | Keurig Dr Pepper Inc. | | KDP | Tradable: ✓ |
| TD | Keurig Dr Pepper Inc | | KDP | |
| Webull | Keurig Dr Pepper | NASDAQ | KDP | stock<br>Listing Status: ✓ |
| TRADE APP | KEURIG DR PEPPER INC | NYSE | KDP | symbol |
| ZACKS | Keurig Dr Pepper, Inc | | KDP | S |

**EXHIBIT 2**

| | | | | |
|---|---|---|---|---|
| | KEURIG DR PEPPER INC COM | NSDQ | KDP | EQ |
| Fidelity | KEURIG DR PEPPER ORD SHS | | KDP | CUSIP: 49271V100 |
| | DR PEPPER SNAPPLE GROUP | NYSE | DPS | |
| Merrill Lynch | KEURIG DR PEPPER INC. | | KDP | Type: 1 |
| | KEURIG DR PEPPER INC | | KDP | currency: USD |
| | KEURIG DR PEPPER INC | CBOE | KDP | currency: USD |
| | KEURIG DR PEPPER INC | NASDAQ | KDP | currency: USD<br>Stock<br>Common |
| | KEURIG DR PEPPER INC | | KDP | |

© 2021 SEC.report | Contact (https://sec.report/contact.php) | (https://www.reddit.com/search/?q=site%3Asec.report) | (https://twitter.com/EdgarInsider)
Data is automatically aggregated and provided "as is" without any representations or warranties, express or implied.
SEC.report is not affiliated with the U.S. S.E.C. or EDGAR System. Disclosure & Privacy Policy (https://sec.report/privacy_policy.php)
SEC CFR Title 17 of the Code of Federal Regulations. (https://ecfr.io/Title-17/)

**EXHIBIT 2**