# Kroger Texas Lp
## SEC CIK #0001104832

SEC.report (https://sec.report) › / CIK (https://sec.report/CIK) › / Kroger Texas Lp (https://sec.report/CIK/0001104832)

**Kroger Texas Lp** is a regulated by the U.S. Security and Exchange Commission and incorporated in the state of Ohio. For financial reporting, their fiscal year ends on January 31st. This page includes all SEC registration details as well as a list of all documents (S-1, Prospectus, Current Reports, 8-K, 10K, Annual Reports) filed by Kroger Texas Lp.

### Company Details

| | |
|---|---|
| Reporting File Number | 333-95955-72 |
| State of Incorporation | OHIO |
| Fiscal Year End | 01-31 |
| Date of Edgar Filing Update | 2000-12-04 |
| Business Address | 1014 VINE STREET<br>CINCINNATI OH 45202 |
| Business Phone | 5137624000 |
| Mailing Address | 1014 VINE STREET<br>CINCINNATI<br>OH<br>45202 |
| NCAGE Code | 4MB15(https://cage.report/NCAGE/4MB15)<br>KROGER TEXAS L.P.<br>(https://cage.report/NCAGE/4MB15)DIV SOUTHWEST |
| CAGE Code | 4MB15(https://cage.report/CAGE/4MB15)<br>KROGER TEXAS L.P. (https://cage.report/CAGE/4MB15) SOUTHWEST |

### −Documents

Email Notifications    (/CIK/0001104832.rss)

| Form | Title | Date |
|---|---|---|
| 424B5 | Prospectus [Rule 424(b)(5)] (/Document/0001047469-10-006288/) | 2010-07-07 14:20:03 |
| 424B5 | Prospectus [Rule 424(b)(5)] (/Document/0001047469-10-006261/) | 2010-07-06 13:47:40 |
| 424B5 | Prospectus [Rule 424(b)(5)] (/Document/0001047469-09-008552/) | 2009-09-25 15:58:34 |
| 424B5 | Prospectus [Rule 424(b)(5)] (/Document/0001047469-09-008516/) | 2009-09-24 09:48:55 |
| 424B5 | Prospectus [Rule 424(b)(5)] (/Document/0000950152-08-009467/) | 2008-11-19 16:01:35 |
| 424B5 | Prospectus [Rule 424(b)(5)] (/Document/0000950152-08-009415/) | 2008-11-18 12:17:11 |
| 424B5 | Prospectus [Rule 424(b)(5)] (/Document/0000950152-08-002157/) | 2008-03-20 17:03:12 |
| 424B5 | Prospectus [Rule 424(b)(5)] (/Document/0000950152-08-002090/) | 2008-03-19 10:02:39 |
| 424B5 | Prospectus [Rule 424(b)(5)] (/Document/0000950152-08-000198/) | 2008-01-10 16:24:04 |
| 424B5 | Prospectus [Rule 424(b)(5)] (/Document/0000950152-08-000148/) | 2008-01-09 11:20:45 |
| S-3ASR | Securities Registration (/Document/0000950152-07-009756/) | 2007-12-20 16:03:53 |
| 424B5 | Prospectus [Rule 424(b)(5)] (/Document/0000950152-07-007709/) | 2007-09-25 16:43:08 |
| 424B5 | Prospectus [Rule 424(b)(5)] (/Document/0000950152-07-007684/) | 2007-09-24 16:42:46 |
| 424B5 | Prospectus [Rule 424(b)(5)] (/Document/0000950152-07-006640/) | 2007-08-09 13:40:27 |
| 424B5 | Prospectus [Rule 424(b)(5)] (/Document/0000950152-07-006563/) | 2007-08-08 13:19:03 |

**EXHIBIT 3**

| | | |
|---|---|---|
| 424B5 | Prospectus [Rule 424(b)(5)] (/Document/0000950152-04-008931/) | 2004-12-13 16:57:08 |
| POS AM | Post-Effective Filing Amendment (/Document/0000950152-04-008851/) | 2004-12-09 09:53:00 |
| 424B5 | Prospectus [Rule 424(b)(5)] (/Document/0000950152-03-000614/) | 2003-01-23 15:59:22 |
| S-3/A | Registration statement for specified transactions by certain issuers (Amendment) [Amended] (/Document/0000950152-02-005557/) | 2002-07-18 13:51:21 |
| S-3 | Security Offering and Investment Prospectus (/Document/0000950152-02-005112/) | 2002-06-27 17:35:17 |
| 424B5 | Prospectus [Rule 424(b)(5)] (/Document/0000950152-02-004771/) | 2002-06-07 17:19:52 |
| 424B5 | Prospectus [Rule 424(b)(5)] (/Document/0000950152-02-002531/) | 2002-03-28 00:00:00 |
| S-3/A | Registration statement for specified transactions by certain issuers (Amendment) [Amended] (/Document/0000950152-01-505489/) | 2001-11-06 00:00:00 |
| S-3 | Security Offering and Investment Prospectus (/Document/0000950152-01-504802/) | 2001-10-02 00:00:00 |
| 424B5 | Prospectus [Rule 424(b)(5)] (/Document/0000950152-01-503831/) | 2001-08-13 17:12:49 |
| S-3 | Security Offering and Investment Prospectus (/Document/0000950152-01-502266/) | 2001-05-25 00:00:00 |
| 424B5 | Prospectus [Rule 424(b)(5)] (/Document/0000950152-01-501598/) | 2001-05-08 00:00:00 |
| S-3MEF | A new registration statement filed under Rule 462(b) to add securities to a prior related effective registration statement filed on Form S 3 (/Document/0000950152-01-501493/) | 2001-05-04 00:00:00 |
| 424B5 | Prospectus [Rule 424(b)(5)] (/Document/0000950152-00-006158/) | 2000-08-16 00:00:00 |
| 424B5 | Prospectus [Rule 424(b)(5)] (/Document/0000950152-00-000686/) | 2000-02-08 00:00:00 |
| S-3 | Security Offering and Investment Prospectus (/Document/0000950152-00-000513/) | 2000-02-02 00:00:00 |

0-50 of 31 Results

### Related SEC Filings - Kroger 🔍 (/CIK/Search/Kroger)

| | |
|---|---|
| KROGER CO of OHIO (/CIK/0000056873) | 0000056873 (/CIK/0000056873) |
| KROGER KEVIN G (/CIK/0001206514) | 0001206514 (/CIK/0001206514) |
| KROGER CO OF MICHIGAN (/CIK/0001092218) | 0001092218 (/CIK/0001092218) |
| KROGER GROUP COOPERATIVE INC (/CIK/0001161913) | 0001161913 (/CIK/0001161913) |
| KROGER DEDICATED LOGISTICS CO (/CIK/0001092444) | 0001092444 (/CIK/0001092444) |
| KROGER LIMITED PARTNERSHIP 1 (/CIK/0001092219) | 0001092219 (/CIK/0001092219) |
| KROGER LIMITED PARTNERSHIP II (/CIK/0001092220) | 0001092220 (/CIK/0001092220) |
| **KROGER TEXAS LP of OHIO** | 0001104832 (/CIK/0001104832) |
| KROGER CO 1981 STOCK OPTION PLAN (/CIK/0000354944) | 0000354944 (/CIK/0000354944) |
| KROGER FREDERICK J (/CIK/0000923892) | 0000923892 (/CIK/0000923892) |

## Best 7 Stocks For Retirement

These 7 stocks have been paying and increasing their dividend payouts for Years.

MarketBeat.com  Open

© 2021 SEC.report | Contact (https://sec.report/contact.php) | (https://www.reddit.com/search/?q=site%3Asec.report) | (https://twitter.com/EdgarInsider)
Data is automatically aggregated and provided "as is" without any representations or warranties, express or implied.
SEC.report is not affiliated with the U.S. S.E.C. or EDGAR System. Disclosure & Privacy Policy (https://sec.report/privacy_policy.php)
SEC CFR Title 17 of the Code of Federal Regulations. (https://ecfr.io/Title-17/)

**EXHIBIT 3**

**EXHIBIT 3**