# Kroger Co

## SEC CIK #0000056873

SEC.report (https://sec.report) › CIK (https://sec.report/CIK) › Kroger Co (https://sec.report/CIK/0000056873)

**Kroger Co** is regulated by the U.S. Security and Exchange Commission and incorporated in the state of Ohio. Kroger Co is primarily in the business of retail-grocery stores. For financial reporting, their fiscal year ends on January 29th. This page includes all SEC registration details as well as a list of all documents (S-1, Prospectus, Current Reports, 8-K, 10K, Annual Reports) filed by Kroger Co.

Kroger is the leading American grocer, with 2,757 supermarkets operating under several banners throughout the country as of the end of fiscal 2019. Around 82% of stores have pharmacies, while over half also sell fuel. The company also operated more than 300 fine jewelry stores at the end of fiscal 2019. Kroger features a leading private-label offering and manufactures around a third of its own-brand units (and 42% of its grocery own-label assortment) itself, in 35 food production plants nationwide. Kroger is a top-two grocer in 90% of its major markets (as of late 2019, according to Planet Retail and Edge Retail Insight data cited by the company). Virtually all of Kroger's sales come from the United States.

Company Details

| | |
|---|---|
| Reporting File Number | 001-00303 |
| State of Incorporation | OHIO |
| Fiscal Year End | 01-29 |
| Date of Edgar Filing Update | 2021-06-24 |
| SIC | 5411 [RETAIL-GROCERY STORES] |
| Business Address | 1014 VINE ST CINCINNATI OH 45201 |
| Business Phone | 5137624000 |
| Mailing Address | 1014 VINE ST CINCINNATI OH 45201 |
| NCAGE Code [show more] | 3ZBE9(https://cage.report/NCAGE/3ZBE9)   KROGER CO., THE (https://cage.report/NCAGE/3ZBE9) |
| LEI | 6CPEOKI6OYJ13Q6O7870(https://lei.report/LEI/6CPEOKI6OYJ THE KROGER CO. 13Q6O7870) |
| CAGE Code [show more] | 3ZBE9(https://cage.report/CAGE/3ZBE9)   KROGER CO., THE (https://cage.report/CAGE/3ZBE9) |

| | | |
|---|---|---|
| 10-Q Quarterly Report (/Document/0001558370-21-008603) | [latest filing - 2021-06-25 13:37:06] | |
| Annual Report (/Document/0001558370-21-003706) | [latest filing - 2021-03-30 14:54:31] | |
| Insider Trading Report (/CIK/0000056873/Insider-Trades) | | |

−Documents

Email Notifications [ ] (/CIK/0000056873.rss)

| Form | Title | Date |
|---|---|---|

**EXHIBIT 4**

| 3 | Security Ownership Statement (/Document/0001209191-21-049541/) | 2021-08-04 09:33:33 |
|---|---|---|
| 8-K | Current Report (/Document/0001104659-21-098922/) | 2021-08-02 16:41:52 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-046922/) | 2021-07-16 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-046923/) | 2021-07-16 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-046925/) | 2021-07-16 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-046741/) | 2021-07-15 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-046742/) | 2021-07-15 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-046743/) | 2021-07-15 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-046744/) | 2021-07-15 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-046745/) | 2021-07-15 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-046746/) | 2021-07-15 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-046747/) | 2021-07-15 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-046749/) | 2021-07-15 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-046750/) | 2021-07-15 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-046752/) | 2021-07-15 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-046753/) | 2021-07-15 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-046754/) | 2021-07-15 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-046755/) | 2021-07-15 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-046756/) | 2021-07-15 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-046757/) | 2021-07-15 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-046758/) | 2021-07-15 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-046759/) | 2021-07-15 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-046760/) | 2021-07-15 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-046761/) | 2021-07-15 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-046762/) | 2021-07-15 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-046763/) | 2021-07-15 00:00:00 |
| SC 13G/A | Ownership Acquisition Statement [Amended] (/Document/0000834237-21-008509/) | 2021-07-09 18:05:50 |
| 8-K | Current Report (/Document/0001104659-21-089692/) | 2021-07-07 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-044272/) | 2021-07-01 00:00:00 |
| 11-K | Employee Stock Plan Annual Report (/Document/0001104659-21-085646/) | 2021-06-25 00:00:00 |
| 11-K | Employee Stock Plan Annual Report (/Document/0001104659-21-085647/) | 2021-06-25 00:00:00 |
| 11-K | Employee Stock Plan Annual Report (/Document/0001104659-21-085648/) | 2021-06-25 00:00:00 |
| 8-K | Current Report (/Document/0001104659-21-085739/) | 2021-06-25 00:00:00 |
| 10-Q | Quarterly Report (/Document/0001558370-21-008603/) | 2021-06-25 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-042920/) | 2021-06-24 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-042921/) | 2021-06-24 00:00:00 |
| 8-K | Current Report (/Document/0001104659-21-082349/) | 2021-06-17 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-037063/) | 2021-06-02 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-037064/) | 2021-06-02 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-037065/) | 2021-06-02 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-037066/) | 2021-06-02 00:00:00 |
| SD | Specialized Disclosure Report (/Document/0001104659-21-073932/) | 2021-05-28 00:00:00 |
| PX14A6G | Shareholder Solicitation by 3rd Party (/Document/0001214659-21-005795/) | 2021-05-21 13:57:02 |
| DEF 14A | Definitive Proxy Statement (/Document/0001140361-21-017149/) | 2021-05-13 00:00:00 |
| DEFA14A | Proxy Soliciting Materials (/Document/0001140361-21-017151/) | 2021-05-13 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-032521/) | 2021-05-13 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-027505/) | 2021-04-20 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-026415/) | 2021-04-13 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-026416/) | 2021-04-13 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-21-026191/) | 2021-04-09 00:00:00 |

**EXHIBIT 4**

[ 2 ] Next-> (/CIK/0000056873/2#documents)

0-50 of 2409 Results

Page: 1 | 2 (/CIK/0000056873/2#documents) | 3 (/CIK/0000056873/3#documents) | 4 (/CIK/0000056873/4#documents) | 5 (/CIK/0000056873/5#documents) | 6 (/CIK/0000056873/6#documents) | 7 (/CIK/0000056873/7#documents) | 8 (/CIK/0000056873/8#documents) | 9 (/CIK/0000056873/9#documents) | 10 (/CIK/0000056873/10#documents) | 11 (/CIK/0000056873/11#documents) | 12 (/CIK/0000056873/12#documents) | 13 (/CIK/0000056873/13#documents) | 14 (/CIK/0000056873/14#documents) | 15 (/CIK/0000056873/15#documents) | 16 (/CIK/0000056873/16#documents) | 17 (/CIK/0000056873/17#documents) | 18 (/CIK/0000056873/18#documents) | 19 (/CIK/0000056873/19#documents) | 20 (/CIK/0000056873/20#documents) | 21 (/CIK/0000056873/21#documents) | 22 (/CIK/0000056873/22#documents) | 23 (/CIK/0000056873/23#documents) | 24 (/CIK/0000056873/24#documents) | 25 (/CIK/0000056873/25#documents) | 26 (/CIK/0000056873/26#documents) | 27 (/CIK/0000056873/27#documents) | 28 (/CIK/0000056873/28#documents) | 29 (/CIK/0000056873/29#documents) | 30 (/CIK/0000056873/30#documents) | 31 (/CIK/0000056873/31#documents) | 32 (/CIK/0000056873/32#documents) | 33 (/CIK/0000056873/33#documents) | 34 (/CIK/0000056873/34#documents) | 35 (/CIK/0000056873/35#documents) | 36 (/CIK/0000056873/36#documents) | 37 (/CIK/0000056873/37#documents) | 38 (/CIK/0000056873/38#documents) | 39 (/CIK/0000056873/39#documents) | 40 (/CIK/0000056873/40#documents) | 41 (/CIK/0000056873/41#documents) | 42 (/CIK/0000056873/42#documents) | 43 (/CIK/0000056873/43#documents) | 44 (/CIK/0000056873/44#documents) | 45 (/CIK/0000056873/45#documents) | 46 (/CIK/0000056873/46#documents) | 47 (/CIK/0000056873/47#documents) | 48 (/CIK/0000056873/48#documents) | 49 (/CIK/0000056873/49#documents) |

## Company Details

| | |
|---|---|
| Ticker | XNYS:KR (/Ticker/KR) |
| Market Cap | 26.3Bil |
| Net Income | 2.1Bil |
| Sales | 126.6Bil |
| Sector | Consumer Defensive |
| Industry | Grocery Stores |
| Stock Style | Large Value |
| Direct Investment | No |
| Dividend Re-Investment | No |

## Investor Relations

| | |
|---|---|
| Telephone | +1 513 762-4000 |
| Fax | — |
| Website | www.thekrogerco.com (https://www.thekrogerco.com) [domain rank & analysis (https://domain.glass/www.thekrogerco.com)] |

## Industry Codes

| | |
|---|---|
| NAICS | 445299: All Other Specialty Food Stores |
| ISIC | 4721: Retail Sale of Food in Specialized Stores |

## Insiders

| | | |
|---|---|---|
| Calvin J. Kaufman (/CIK/Search/Calvin+J.+Kaufman) | Senior Vice President | 2020-07-01 |
| J. Michael Schlotman (/CIK/Search/J.+Michael+Schlotman) | Executive Vice President and Chief Financial Officer | 2019-12-18 |
| Joseph A. Grieshaber (/CIK/Search/Joseph+A.+Grieshaber) | Senior Vice President | 2020-07-01 |
| W. Rodney Mcmullen (/CIK/Search/W.+Rodney+Mcmullen) | Chairman of the Board and Chief Executive Officer | 2020-07-01 |
| Todd A. Foley (/CIK/Search/Todd+A.+Foley) | Vice President, Principal Accounting Officer and Corporate Controller | 2020-07-01 |
| Michael Joseph Donnelly (/CIK/Search/Michael+Joseph+Donnelly) | Executive Vice President and Chief Operating Officer | 2020-07-01 |
| Robert W. Clark (/CIK/Search/Robert+W.+Clark) | Senior Vice President of Supply Chain, Manufacturing and Sourcing | 2020-07-01 |
| Erin S. Sharp (/CIK/Search/Erin+S.+Sharp) | Group Vice President, Manufacturing | 2020-07-01 |

**EXHIBIT 4**

| | | |
|---|---|---|
| Christine S. Wheatley (/CIK/Search/Christine+S.+Wheatley) | Group Vice President, Secretary and General Counsel | 2020-07-01 |
| Mark C. Tuffin (/CIK/Search/Mark+C.+Tuffin) | Senior Vice President | 2020-07-01 |
| Timothy A. Massa (/CIK/Search/Timothy+A.+Massa) | Senior Vice President of Human Resources and Labor Relations | 2020-07-01 |
| Alessandro Tosolini (/CIK/Search/Alessandro+Tosolini) | Senior Vice President, New Business Development | 2019-12-18 |
| Stuart W Aitken (/CIK/Search/Stuart+W+Aitken) | Senior Vice President | 2020-07-01 |
| Jessica C. Adelman (/CIK/Search/Jessica+C.+Adelman) | Group Vice President, Corporate Affairs | 2019-12-18 |
| Mary Ellen Adcock (/CIK/Search/Mary+Ellen+Adcock) | Senior Vice President | 2020-07-01 |
| Yael Cosset (/CIK/Search/Yael+Cosset) | Senior Vice President and Chief Information Officer | 2020-07-01 |
| Carin L. Fike (/CIK/Search/Carin+L.+Fike) | Vice President and Treasurer | 2020-07-01 |
| Stephen M. Mckinney (/CIK/Search/Stephen+M.+Mckinney) | Senior Vice President | 2020-07-01 |
| Gary Millerchip (/CIK/Search/Gary+Millerchip) | Senior Vice President and Chief Financial Officer | 2020-07-01 |

## Company Names & Stock Symbols

| | |
|---|---|
| Chao Elaine L. | |
| Vemuri Ashok | |
| HOGUET KAREN M | |
| Brown Kevin M | |
| SOURRY KNOX JUDITH AMANDA | |
| MOORE CLYDE R | |
| Wheatley Christine S | KR |
| Tuffin Mark C | KR |
| Sutton Mark S | KR |
| Sharp Erin S | KR |
| SARGENT RONALD | KR |
| MILLERCHIP GARY | KR |
| MCMULLEN W RODNEY | KR |
| McKinney Stephen M | KR |
| Massa Timothy A | KR |
| KROPF SUSAN J | KR |
| KROGER CO | KR |
| Kaufman Calvin J | KR |
| Gates Anne | KR |
| Foley Todd A | KR |
| FIKE CARIN L | KR |
| DONNELLY MICHAEL JOSEPH | KR |
| COSSET YAEL | KR |
| Aufreiter Nora A | KR |
| Arreaga Gabriel | KR |
| Aitken Stuart | KR |
| Adcock Mary Ellen | KR |

## Where To Trade KR

| Market / Outlet | Security | Exchange | Symbol | Type |
|---|---|---|---|---|

**EXHIBIT 4**

| | | | | |
|---|---|---|---|---|
|  (https://join.robinhood.com/luker30) | Kroger / The Kroger Co. | US XNYS | KR | EQ0010086400001000<br>Tradable: ☑<br>RHS: ☑<br>Fractional Shares: ☑<br>Listed: 1990-01-02 |
| *charles* SCHWAB | Kroger Company (The) | | KR | Tradable: ☑ |
| TD | Kroger Co | | KR | |
| Webull | Kroger | NYSE | KR | stock<br>Listing Status: ☑ |
| $TRADE APP | The Kroger Co. | NYSE | KR | symbol |
| ZACKS | The Kroger Co. | | KR | S |
| | KROGER CO COM | NYSE | KR | EQ |
| Fidelity | KROGER ORD SHS | | KR | CUSIP: 501044101 |
| | KROGER | NYSE | KR | |
| Merrill Lynch | KROGER CO. | | KR | Type: 1 |
| | KROGER CO | | KR | currency: USD |
| | KROGER CO | CBOE | KR | currency: USD |
| | KROGER CO | MEXI | KR | currency: MXN<br>Stock<br>Common |
| | KROGER CO | NYSE | KR | currency: USD<br>Stock<br>Common |
| | KROGER CO | | KR | |

### FDA Filings

| Device | Company | Device | Date |
|---|---|---|---|
| GUDID 10041260012782 (https://fda.report/GUDID/10041260012782) | KROGER CO., THE | Kroger Blister Guard Spray | 2021-07-06 |
| GUDID 20041260007792 (https://fda.report/GUDID/20041260007792) | KROGER CO., THE | Kroger | 2021-06-21 |
| GUDID 20041260007785 (https://fda.report/GUDID/20041260007785) | KROGER CO., THE | Kroger | 2021-06-21 |
| GUDID 20041260007778 (https://fda.report/GUDID/20041260007778) | KROGER CO., THE | Kroger | 2021-06-21 |
| GUDID 20041260007228 (https://fda.report/GUDID/20041260007228) | KROGER CO., THE | Kroger | 2021-06-21 |
| GUDID 00384703560000 (https://fda.report/GUDID/00384703560000) | KROGER CO., THE | Kroger | 2021-06-21 |

U.S. Import Records [external site] ⬀ (https://import.report/company/Kroger-Co)

**EXHIBIT 4**

| Import ID | Shipment | Cargo Description | Quantity |
|---|---|---|---|
| 2020092998885 (https://import.report/record/2020092998885) | Anvers,Belgium -> Norfolk, Virginia | WHITE FROZEN DESERTS MIX STRAWBERRY WHITE CHOCOLADE MOUSSE CARAMEL MACCHIATO MOUSSE DESSERTS DELIVERY ADDRESS | 20 PCS |
| 2020092918095 (https://import.report/record/2020092918095) | Stadersand,Federal Republic of Germany -> New York/Newark Area, Newark, New Jersey | PARTS FOR KNAPP PICKING CONVEYING SYSTEM AS P ER INVOICE. NO. 21-1123 | 12 PCS |
| 2020092945857 (https://import.report/record/2020092945857) | Anvers,Belgium -> Savannah, Georgia | METAL BEAMS | 2 PKG |
| 2020092945857 (https://import.report/record/2020092945857) | Anvers,Belgium -> Savannah, Georgia | METAL BEAMS | 2 PKG |
| 2020092835094 (https://import.report/record/2020092835094) | Anvers,Belgium -> Savannah, Georgia | METAL BEAMS | 2 PKG |
| 2020092835094 (https://import.report/record/2020092835094) | Anvers,Belgium -> Savannah, Georgia | METAL BEAMS | 2 PKG |
| 2020092527116 (https://import.report/record/2020092527116) | Haifa,Israel -> Savannah, Georgia | NUTS (EXC PEANUTS) AND SEEDS PREPARED ETC. N STC 2080 CASES ON 8 PALLETS OF SIMPLE TRUTH ORGANIC GARLIC TAHINI | 5200 CAS |
| 2020092421714 (https://import.report/record/2020092421714) | Stadersand,Federal Republic of Germany -> New York/Newark Area, Newark, New Jersey | PARTS FOR KNAPP PICKING CONVEYING SYSTEM AS P ER INVOICE. NO. 21-1123 | 12 PCS |
| 2020092229819 (https://import.report/record/2020092229819) | Haifa,Israel -> Savannah, Georgia | NUTS (EXC PEANUTS) AND SEEDS PREPARED ETC. N SALC 1300 CASES ON 5 PALLETS OF SIMPLE TRUTH ORGANIC GARLIC TAHINI | 4680 CAS |
| 2020091573645 (https://import.report/record/2020091573645) | Anvers,Belgium -> Norfolk, Virginia | FROZEN DESERTS MIX STRAWBERRY WHITE CHOCOLATE MOUSSE CARAMEL MACCHIATO MOUSSE DELIVERY ADDRESS LINEAGE LOGISTICS 2900 COFER ROAD | 20 PCS |

## Related SEC Filings - Kroger 🔍 (/CIK/Search/Kroger)

| | |
|---|---|
| **KROGER CO of OHIO** | 0000056873 (/CIK/0000056873) |
| KROGER KEVIN G (/CIK/0001206514) | 0001206514 (/CIK/0001206514) |
| KROGER CO OF MICHIGAN (/CIK/0001092218) | 0001092218 (/CIK/0001092218) |
| KROGER GROUP COOPERATIVE INC (/CIK/0001161913) | 0001161913 (/CIK/0001161913) |
| KROGER DEDICATED LOGISTICS CO (/CIK/0001092444) | 0001092444 (/CIK/0001092444) |
| KROGER LIMITED PARTNERSHIP 1 (/CIK/0001092219) | 0001092219 (/CIK/0001092219) |
| KROGER LIMITED PARTNERSHIP II (/CIK/0001092220) | 0001092220 (/CIK/0001092220) |
| KROGER TEXAS LP of OHIO (/CIK/0001104832) | 0001104832 (/CIK/0001104832) |
| KROGER CO 1981 STOCK OPTION PLAN (/CIK/0000354944) | 0000354944 (/CIK/0000354944) |
| KROGER FREDERICK J (/CIK/0000923892) | 0000923892 (/CIK/0000923892) |

**EXHIBIT 4**

© 2021 SEC.report | Contact (https://sec.report/contact.php) | ⬤ (https://www.reddit.com/search/?q=site%3Asec.report) | 🐦 (https://twitter.com/EdgarInsider)
Data is automatically aggregated and provided "as is" without any representations or warranties, express or implied.
SEC.report is not affiliated with the U.S. S.E.C. or EDGAR System. Disclosure & Privacy Policy (https://sec.report/privacy_policy.php)
SEC CFR Title 17 of the Code of Federal Regulations. (https://ecfr.io/Title-17/)

**EXHIBIT 4**