## Amanda Rousseau

| | |
|---|---|
| **From:** | Amanda Rousseau |
| **Sent:** | Thursday, August 26, 2021 3:37 PM |
| **To:** | 'jeff@mclawtx.com'; 'mike@mclawtx.com'; 'service@mclawtx.com' |
| **Cc:** | Scott Breitenwischer; Jamie Beller |
| **Subject:** | C.A. No. 4:21-cv-2665; Moreno v. KDP |
| **Attachments:** | 2021-08-26 [6] Order for Conf. & Disclosure of Interested Parties.pdf; CRE Court Procedures 2020.06.22.pdf; 2021-07-19 Plaintiff's Original Petition.pdf |

Counsel,

Please see the attached documents per the Court's order.

Thank you,

## Amanda Rousseau
*Paralegal*

### THE RB LEGAL GROUP, PLLC

215 S. 4th St.
<u>Wallis, Texas 77485</u>
713-974-1333 (Office)
713-974-1333 EXT 206 (Direct)
713-974-5333 (Fax)
arousseau@rblegalgroup.com
https://www.rblegalgroup.com

**PLEASE NOTE: OUR FIRM ADDRESS HAS CHANGED**

CONFIDENTIALITY STATEMENT

This message and all attachments are covered by The Electronic Communications Privacy Act, 18 USC secs. 2510-21. The matters contained herein are confidential and may be protected by the attorney-client, work product and other privileges. Any review, use, dissemination, forwarding, printing, copying, disclosure or distribution by persons other than the intended recipients is prohibited and may be unlawful. If you receive this communication in error, you must delete this message and any copy (in any form) without disclosing it further. If you believe this message has been sent to you in error, please notify the sender by replying to this transmission or by calling The RB Legal Group, PLLC (713) 974-1333. Unless expressly stated in this email, nothing in this message should be construed as a digital or electronic communication or signature within the meaning of Electronic Signatures in the Global and National Commerce Act or any other law of similar import, including without limitation, the Uniform Electronic Transactions Act, as the same may be enacted in any State. Unless a formal engagement letter is signed, and this communication is intended to fall within its scope, nothing in this email shall be construed as legal advice. Neither the RB Legal Group nor any member, manager, employee or affiliate shall be bound contractually by any email communication, except by signed writing expressing the intent to form a binding agreement. Thank you for your cooperation.

CIRCULAR 230 DISCLOSURE

The RB Legal Group, PLLC does not give tax advice. However, in order to comply with Treasury Department regulations, we must inform you that any advice contained in this communication (including any attachments) that may be construed as tax advice is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code or any other applicable tax law, or for promoting, marketing or recommending to another party and transaction, arrangement, or other matter.