United States District Court
Southern District of Texas
**ENTERED**
September 28, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ANA MORENO**, | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | |
| | § | |
| **KEURIG DR. PEPPER INC.,** | § | C.A. NO. 4:21-CV-2665 |
| **DPS HOLDINGS INC. D/B/A** | § | |
| **DR. PEPPER SNAPPLE HOLDINGS** | § | |
| **INC., KROGER TEXAS, L.P. and** | § | |
| **KROGER CO.** | § | |
| *Defendants* | § | |

**ORDER**

Plaintiff Motion to Remand, being unopposed, is GRANTED and C.A. NO. 4:21-CV-2665 is remanded to the 152nd Harris County District Court as Cause No. 2021-43322.

SO ORDERED

Signed on September 28, 2021, at Houston, Texas.

_____
Charles Eskridge
United States District Judge